In the Matter of the Claim of EDWARD COLLIER, Respondent, against P. J. MEADE ENG. & CONSTR., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.